| | |
|---|---|
| 1 | Kurt C. Peterson (SBN 83941) |
| | Kenneth N. Smersfelt (SBN 166764) |
| 2 | **REED SMITH LLP** |
| | 355 South Grand Avenue, Suite 2900 |
| 3 | Los Angeles, CA  90071 |
| | Telephone:     +1 213 457 8000 |
| 4 | Facsimile:      +1 213 457 8080 |
| 5 | Karen A. Braje (SBN 193900) |
| | **REED SMITH LLP** |
| 6 | 101 Second Street, Suite 1800 |
| | San Francisco, CA  94105-3659 |
| 7 | Telephone:     +1 415 543 8700 |
| | Facsimile:      +1 415 391 8269 |
| 8 | |
| 9 | Attorneys for Defendant |
| | Blue Cross of California dba Anthem Blue |
| 10 | Cross, erroneously named as Blue Cross of California |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., a California corporation, | No.: CV 11-0280 JF PSG |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES** |
| vs. | Date:         April 15, 2011 |
| BLUE CROSS OF CALIFORNIA, a California corporation; DOE(S) 1-20, | Time:         9:00 a.m. |
| | Place:        Courtroom 3 |
| Defendants. | Compl. Filed:    October 19, 2010 (Santa Clara Superior Court, Case # 110CV185306) |
| | Trial Date:        Not Yet Set |
| | Attached Document |
| | [Proposed] Order |

1   The Parties filed a Joint Stipulation and Request to Continue the Status Conference and
2   Related Deadlines. Based upon the Parties' Stipulation and **GOOD CAUSE APPEARING**,
3
4   The Status Conference and related deadlines shall be continued as follows: (1) the Status
5   Conference shall be continued until May 20, 2011 at ~~9:00~~ 10:30 a.m. in Courtroom 3 of this Court ; (2) the
6   last day for the Parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) shall
7   be April 29, 2011; and (3) the last day for Parties to submit their Joint Status Conference Statement
8   shall be May 13, 2011.

10  **IT IS SO ORDERED.**

12  Dated: 4/13/11

    _____
    Honorable Jeremy Fogel
    U.S. District Court Judge for the Northern District
    of California

15  US_ACTIVE-105890041.1

—1—
[Proposed] Order