**E-Filed 5/18/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., | Case Number 5:11-cv-00280-JF (PSG) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| BLUE CROSS OF CALIFORNIA, | |
| Defendant. | |

On April 13, 2011, the Court dismissed the complaint in this action for failure to state a claim upon which relief may be granted. The Court granted Plaintiff twenty days within which to file an amended pleading. Plaintiff did not file an amended pleading within the time provided. Accordingly, the action is hereby DISMISSED WITH PREJUDICE.

DATED: 5/13/2011

JEREMY FOGEL
United States District Judge

Case No. 5:11-cv-00280-JF (PSG)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC2)